PER CURIAM.
Affirmed. See Sternberg v. Sternberg, 139 Fla. 219, 190 So. 486 (1939); Hubbard v. Cazares, 413 So.2d 1192 (Fla. 2d DCA 1981), rev. denied, 417 So.2d 329 (Fla.1982); First Wisconsin Nat’l Bank v. Donian, 343 So.2d 943 (Fla. 2d DCA 1977), cert. denied, 355 So.2d 513 (Fla.1978); McKelvey v. McKelvey, 323 So.2d 651 (Fla. 3d DCA 1976); Green v. Roth, 192 So.2d 537 (Fla. 2d DCA 1966).